# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201600349

_____

## UNITED STATES OF AMERICA
Appellee

v.

## BLAYNE T. STEARNS
Aviation Boatswain's Equipment Airman (E-3), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commander, Navy Region Northwest,
Silverdale, WA.
Staff Judge Advocate's Recommendation: Lieutenant Commander
Justin L. Hawks, JAGC, USN.
For Appellant: Commander Brian L. Mizer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 7 February 2017

_____

Before MARKS, GLASER-ALLEN, and MILLER, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court